JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-7641-GW-SKx | Date | November 13, 2025 |
|---|---|---|---|
| Title | *Rickey Scott v. Trans Union LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jared V. Walder | Christopher D. Holt |
| | Harrison M. Brown |
| | Andrick J. Zeen |

**PROCEEDINGS:    PLAINTIFF'S MOTION TO REMAND [29]**

The Court's Tentative Ruling on Plaintiff's Motion [29] was issued on November 12, 2025 [36]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court GRANTS the Motion and REMANDS the action to the Los Angeles County Superior Court.

:   05

Initials of Preparer   JG